| | | | |
|---|---|---|---|
| Com. v. Curry-Berry | 12/08/2015 600 MAL (2015) | Denied | Pa.Super., 125 A.3d 445 |
| Com. v. David [22] .... | 12/30/2015 462 EAL (2015) | Denied | Pa.Super., 122 A.3d 1148 |
| Com. v. Desir ...... | 12/11/2015 638 MAL (2015) | Denied | Pa.Super., 125 A.3d 459 |
| Com. v. Dorsey [23] ... | 12/31/2015 216 WAL (2015) | Denied | Pa.Super., 122 A.3d 453 |
| Com. v. Duncan [24] .. | 02/01/2016 377–379 WAL (2015) | Denied | Pa.Super., 131 A.3d 96 |
| Com. v. Echavaria [25] | 02/01/2016 526 EAL (2015) | Denied | Pa.Super., 131 A.3d 98 |
| Com. v. Fitzgerald [26] | 12/31/2015 252 WAL (2015) | Denied | Pa.Super., 122 A.3d 458 |
| Com. v. Franklin [27] | 12/31/2015 558 MAL (2015) | Denied | Pa.Super., 122 A.3d 1140 |
| Com. v. Futrell [28] ... | 12/29/2015 705 MAL (2015) | Denied | Pa.Super., 125 A.3d 451 |
| Com. v. Future [29] ... | 12/31/2015 596 MAL (2015) | Denied | Pa.Super., 116 A.3d 701 |
| Com. v. Gardner [30] | 02/01/2016 544 MAL (2015) | Denied | Pa.Super., 125 A.3d 439 |

22. Justice EAKIN did not participate in the decision of this matter.

23. Justice EAKIN did not participate in the decision of this matter.

24. Justice EAKIN and Justice DONOHUE did not participate in the consideration or decision of this matter.

25. Justice EAKIN did not participate in the decision of this matter.

26. Justice EAKIN did not participate in the consideration or decision of this matter.

27. Justice EAKIN did not participate in the decision of this matter.

28. Justice EAKIN did not participate in the decision of this matter.

29. Justice EAKIN did not participate in the decision of this matter.

30. Justice EAKIN did not participate in the consideration or decision of this matter.